Bradford J. Sandler, Esq. (NY Bar No. 4499877)
Ilan D. Scharf, Esq. (NY Bar No. 4042107)
Jason S. Pomerantz, Esq. (CA Bar No. 157216)
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 34th Floor
New York, New York 10017
Telephone: (212) 561-7700
Facsimile: (212) 561-7777

*Counsel to Plaintiff RDC Liquidating Trust*

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>ROCHESTER DRUG CO-OPERATIVE, INC.<br><br>Debtor. | Chapter 11<br><br>Case No. 20-20230 (PRW) |
| Advisory Trust Group, LLC, as trustee of the RDC LIQUIDATING TRUST,<br><br>Plaintiff,<br>v.<br><br>GUIDEPOST SOLUTIONS LLC,<br><br>Defendant. | Adv. Proc. No. 22-02031(PRW) |

**STIPULATION OF DISMISSAL OF ADVERSARY PROCEEDING**

Plaintiff Advisory Trust Group, LLC, in its capacity as the Liquidating Trustee of the

RDC Liquidating Trust, and defendant Guidepost Solutions LLC (together, the "**Parties**"), have

entered into a settlement agreement that resolves the claims asserted in the above-captioned

adversary proceeding. Accordingly, the Parties hereby stipulate, pursuant to Rule 41(a)(1)(A)(ii)

of the Federal Rules of Civil Procedure, made applicable to this adversary proceeding by Rule 7041 of the Federal Rules of Bankruptcy Procedure, to the dismissal with prejudice of this adversary proceeding, with each party to bear its own attorneys' fees and costs.

STIPULATED AND AGREED:

Dated: October 25, 2022

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Ilan D. Scharf*
Bradford J. Sandler (NY Bar No. 4499877)
Ilan D. Scharf (NY Bar No. 4042107)
Jason S. Pomerantz (CA Bar No. 157216)
780 Third Avenue, 34th Floor
New York, NY 10017
Telephone: (212) 561-7700
Email: bsandler@pszjlaw.com
ischarf@pszjlaw.com
jspomerantz@pszjlaw.com

*Counsel to Plaintiff RDC Liquidating Trust*

Dated: October 25, 2022

MEISTER SEELIG & FEIN LLP

*/s/ Christopher J. Major*
Christopher J. Major. (NY Bar No. 4030607)
125 Park Avenue, 7th Floor
New York, NY 10017
Telephone: (212) 655-3500
Email: cjm@msf-law.com

*Counsel to Defendant Guidepost Solutions LLC*

SO ORDERED

DATED: _____, 2022
      Rochester, New York

_____
HON. PAUL R. WARREN
United States Bankruptcy Judge

DOCS_LA:345849.1 75015/003  2
Case 2-22-02031-PRW, Doc 20, Filed 10/25/22, Entered 10/25/22 16:32:22, Description: Main Document, Page 2 of 2